THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Donald Hugh
 Johnson, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Derham Cole, Circuit Court Judge
Unpublished Opinion No. 2009-UP-606
Submitted December 1, 2009  Filed December
 22, 2009
AFFIRMED

 
 
 
 Tara  Shurling, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Assistant Attorney General Deborah R. J. Shupe, all of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Donald
 Hugh Johnson appeals his convictions for three
 counts of criminal sexual conduct with a minor in the second degree, one count
 of contributing to the delinquency of a minor, and one count of committing or
 attempting a lewd act upon a child under sixteen.  Johnson argues the trial
 court erred in allowing the Victim's testimony about Johnson's attempt to have
 sexual intercourse with her because Johnson was charged with less egregious
 crimes.  We affirm[1] pursuant to Rule 220(b)(1), SCACR,
 and the following authority:  State v.
 Dunbar, 356 S.C. 138, 142, 587 S.E.2d 691, 693-4 (2003) ("In order for an issue to be preserved for appellate
 review, it must
 have been raised to and ruled upon by the trial judge. Issues not raised and
 ruled upon in the trial court will not be considered on appeal."). 
AFFIRMED.
Williams, pieper, and 
lockemy, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.